UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ANTHONY BECERRA, | ) CV 12-77-CAS (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| R. TRIMBLE, | ) |
| | ) |
| Respondent. | ) |
| | ) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: June 19, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1